be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on February 22, 1999 [525 U. S. 1136], is discharged.

No. D–2046. IN RE DISBARMENT OF PELLICANE. Disbarment entered. [For earlier order herein, see 525 U. S. 1175.]

No. D–2053. IN RE DISBARMENT OF SHAFRAN. Disbarment entered. [For earlier order herein, see *ante,* p. 1014.]

No. D–2054. IN RE DISBARMENT OF SENTEEN. Disbarment entered. [For earlier order herein, see *ante,* p. 1014.]

No. D–2056. IN RE DISBARMENT OF WEISS. Disbarment entered. [For earlier order herein, see *ante,* p. 1015.]

No. D–2058. IN RE DISBARMENT OF JACOBS. Disbarment entered. [For earlier order herein, see *ante,* p. 1036.]

No. D–2076. IN RE DISBARMENT OF PATT. P. Jules Patt, of Hollidaysburg, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–69. HUBBART *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, ET AL.;
No. M–70. GRILLO *v.* UNITED STATES; and
No. M–71. HOWARD *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 98–7299. IN RE RIVERA; and
No. 98–7983. IN RE RIVERA. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1062] denied.

No. 98–8711. TYLER ET AL. *v.* MORIARTY, JUDGE, CIRCUIT COURT OF MISSOURI, CITY OF ST. LOUIS, ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until June 22, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.